In the Matter of the Claim of ELIZABETH GENTNER, Respondent, against RICE & WHALEY et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.—

Hill, P. J., Crapser, Heffernan and Schenck, JJ., concur; Bliss, J., dissents upon the ground that at the time of the first hearing there was on file with the Industrial Commissioner, and therefore before the referee and all parties, written notice that the carrier was controverting the case upon the ground that the notice of claim was not filed within the statutory period. This was ample compliance with section 28 of the statute and there was no waiver by the carrier of this objection.